JUSTICE MCDONOUGH,
dissenting:
I would affirm the directed verdict in favor of the plaintiff. The defendant was clearly negligent as a matter of law. The defendant failed to slow and control her vehicle when difficulties of traffic on the highway were foreseeable to her and was the sole proximate cause of the accident.
On this record for a fact finder to find that plaintiff’s action in ultimately controlling her car was contributory negligence and a proximate cause of the accident is imaginative. There isn’t any substantial evidence favorable to the defendant which would permit such a finding.
There is not present here, nor under the icy conditions could there have been, a sudden stop or any action by plaintiff which would rise to the point of creating an unforeseeable emergency situation under these circumstances.